UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __14-1928__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __Mol Ship Management Co., Ltd., World Car Carriers, Inc. and Nissan Motor Car Carrier Co. Ltd.__ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

__/s/__
(signature)

__M. Hamilton Whitman, Jr.__
Name (printed or typed)

__Ober Kaler Grimes & Shriver__
Firm Name (if applicable)

__100 Light Street__

__Baltimore, MD  21202__
Address

__410-347-7354__
Voice Phone

__410-547-0699__
Fax Number

__mhwhitman@ober.com__
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __9/22/2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

__/s/__                                           __September 22, 2014__
Signature                                         Date

05/07/2014
SCC